CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 09, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2219 RANCH RD NW, ROANOKE, VIRGINIA 24017 | Case No. __7:26-mj-00023__<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Andrew Burton, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have worked in this capacity since March of 2020. I am a graduate of Virginia Commonwealth University, with a Bachelor of Science Degree in Criminal Justice, as well as the Federal Law Enforcement Training Center (FLETC) and the ATF Special Agent Basic Training Academy. I am currently assigned to the Roanoke Field Office, Washington Field Division. Prior to my employment with the ATF, I was employed as a Secret Service Uniformed Division Officer for 5 years. As an ATF Special Agent, I have received specialized training in various aspects of criminal law enforcement relating to arson, explosives, narcotics and firearms investigations. As a duly sworn Federal law enforcement agent, I am authorized to carry firearms, execute warrants, and make arrests for offenses against the United States and to perform such other duties as authorized by law. I am familiar with Federal criminal laws pertaining to narcotics offenses under Title 21 of the United States Code and firearms offenses under Titles 18 and 26 of the United States Code. As a result of my training and experience, I frequently encounter prohibited possessors of firearms. I am aware that illegal possessors of firearms frequently possess

firearms in locations where there is reduced risk of law enforcement detection, such as in their houses and vehicles.

2. The facts in this affidavit come from my training and experience as well as information obtained from other law enforcement officers and interviews with witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### IDENTIFICATION OF THE PROPERTY TO BE SEARCHED

3. This affidavit is submitted in support of a warrant to authorize the search of the residence located at 2219 Ranch Rd NW, Roanoke, VA 24017 in the Western District of Virginia, as more particularly described in Attachment A.

4. The applied for warrant would authorize the search of this property for the purpose of evidence of violations of Title 18, United States Code, Sections 922(g)(3) (possession of a firearm by an unlawful user of a controlled substance) and 1001 (false statements to federal agent), as more particularly described in Attachment B.

### PROBABLE CAUSE

5. On February 6, 2026, Customs and Border Protection officials conducted an inspection of Abdallah Ata Badawi JABER and his wife Rana CHAKER at Dulles Airport. JABER and CHAKER were returning from Jordan.

6. During the inspection, agents interviewed JABER. In a post-*Miranda* interview, JABER admitted to smoking marijuana buds and using a THC vape approximately two to four

times a week, and stated that he has done so for approximately the past two years. JABER also confirmed that he lived at 2219 Ranch Rd NW, Roanoke, VA 24017. Agents asked JABER if he owned any firearms and he stated repeatedly that he did not.

7. While CHAKER was in the waiting area, agents asked CHAKER where JABER kept his firearm in the house. CHAKER stated that he kept it in the bedside table of their residence. Agents showed CHAKER a photograph of a Glock pistol from the internet and CHAKER confirmed that it was similar to the one owned by JABER. CHAKER stated to Agents that she last saw the firearm in the residence shortly before the trip to Jordan.

8. Agents later reapproached JABER and asked if there were any firearms in his house JABER stated that approximately six to seven months ago, a friend loaned him a firearm but he no longer had it.

9. JABER was administratively arrested on immigration charges; he was subsequently taken to an immigration detention facility in Farmville. After the administrative arrest of JABER, agents attempted to interview CHAKER. Upon receiving *Miranda* warnings, CHAKER invoked her right to counsel. CHAKER was released and she continued through customs at the airport.

10. On February 5, 2026, ATF agents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ visited a gun store in Salem, Virginia. Agents asked the store to query their records for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ JABER. The store found no records of JABER purchasing firearms at that store. However, two of the store's employees recognized a photo of JABER; they believed they had seen JABER in the store during the past month.

11. Agents surveilled the residence located at 2219 Ranch Rd NW. The approaches to all entrances of this residence are currently covered in snow. Agents did not see any footprints to

suggest that anyone has been inside the residence, indicating that CHAKER has not yet been in the residence.

12. JABER has recently been released (as of approximately 6:00 PM) from the detention facility in Farmville, Virginia. Given his release, it is likely that JABER will return to the house and move or destroy the evidence.

## CONCLUSION

13. I submit that there is probable cause, based upon the foregoing, that JABER possesses a firearm at his residence located at 2219 Ranch Road NW, in violation of 18 U.S.C. §§ 922(g)(3) and thus there is also reason to believe this residence contains evidence of a violation of Title 18, U.S.C. § 1001. Given JABER's recent release, and the need to safely effectuate the search, good cause exists to execute this warrant at any time of the day and night.

Respectfully submitted,

_____
Andrew Burton
Special Agent (ATF)

Received by reliable electronic means and subscribed and sworn to me by telephone this 6th day of February, 2026.

_____
Hon. C. Kailani Memmer
United States Magistrate Judge